IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLLMAN/CLARK RANCH; DENNIS VOLLMAN; THE VOLLMAN COMPANY,<br><br>        Plaintiffs,<br><br>    v.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>        Defendant. | 2:07-cv-02277-GEB-GGH<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

On February 15, 2008, Plaintiffs filed a Notice of Settlement in which they state "this action has been settled." Therefore, a dispositional document shall be filed no later than March 6, 2008.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  February 20, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28