UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VOLLMAN/CLARK RANCH; DENNIS VOLLMAN; THE VOLLMAN COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 2:07-CV-02277-GEB-GGH <br><br> ORDER OF DISMISSAL |
| Plaintiffs, | | |
| v. | | |
| HARTFORD UNDERWRITERS INSURANCE COMPANY, | | |
| Defendant. | | |

      This action is dismissed without prejudice since it has been settled and reason has not been provided for its continued pendency.

      IT IS SO ORDERED.

Dated:  July 30, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge